# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA WATTERSON, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GARFIELD BEACH CVS, LLC, and DOES 1 through 50,<br><br>Defendants. | Case No.: 3:14-cv-01721-JST<br><br>**JOINT STIPULATION OF THE PARTIES AND REQUEST FOR FIVE-DAY CONTINUANCE TO FILE JOINT REPORT;** ~~[PROPOSED]~~ **ORDER TO FILE JOINT REPORT** |

## ORDER

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Having considered Joint Stipulation of the Parties and Request for Five-Day Continuance to File Joint Report, this Court hereby ORDERS that the deadline on Joint Report be continued five (5) days, to and including October 15, 2014.

IT IS SO ORDERED.

Dated:  October 6 , 2014    By: _____



IT IS SO ORDERED
Judge Jon S. Tigar

4

Joint Stipulation of the Parties and Request for Five-day Continuance to File Joint Report; and [Proposed] Order to File Joint Report