1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA WATTERSON, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　　v.<br><br>GARFIELD BEACH CVS, LLC, and DOES 1 through 50,<br><br>　　　　Defendants. | Case No. 3:14-cv-01721-JST<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE**<br><br><br>Complaint Filed:  March 13. 2014 |

(Note: "[PROPOSED]" is shown with strikethrough)

1

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE

Having considered the foregoing "Joint Stipulation To Extend Briefing Schedule" and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED as follows:

1. The deadline for filing the early Motion for Summary Judgment is continued from January 30, 2015 to ___April 13___, 2015.
2. The Case Management Conference currently scheduled for April 15, 2015 is rescheduled to ___July 29___, 2015.

IT IS SO ORDERED.

DATED: __January 12, 2015__



Judge Jon S. Tigar

---

2

[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE