UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA WATTERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GARFIELD BEACH CVS LLC,<br><br>　　　　Defendant. | Case No.  14-cv-01721-HSG   (DMR)<br><br>**ORDER TAKING JOINT DISCOVERY LETTER UNDER SUBMISSION WITHOUT ORAL ARGUMENT** |

TO ALL PARTIES AND COUNSEL OF RECORD:

　　The court has received the parties' joint discovery letter (Docket No. 32), and finds that the matter is appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b). Accordingly, the May 14, 2015 hearing on the motion is hereby **vacated**. The court will issue a written order on the motion. The motion for telephonic appearance at the hearing (Docket Nos. 36 and 38) is **denied as moot.**

　　**IT IS SO ORDERED**.

Dated: May 6, 2015

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　DONNA M. RYU
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge