UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA WATTERSON,<br><br>        Plaintiff,<br><br>    v.<br><br>GARFIELD BEACH CVS LLC,<br><br>        Defendant. | Case No.  14-cv-01721-HSG<br><br>**JUDGMENT**<br><br>Re: Dkt. No. 57 |

Judgment is hereby entered consistent with the Court's Order Granting Motion for Summary Judgment,

This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated at Oakland, California, this 12th day of August, 2015.


Richard W. Wieking
Clerk of Court


By: _____
    Nikki D. Riley, Deputy Clerk
    to the Honorable HAYWOOD
    S. GILLIAM, JR